IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VINCENT THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 05-32J |
| | ) | |
| vs. | ) | Judge Kim R. Gibson/ |
| | ) | Magistrate Judge Lisa |
| FREDRIC ROSEMEYER, Superintendent, | ) | Pupo Lenihan |
| in his individual capacity, MARDI | ) | |
| HUNSBERGER, Deputy, in her , | ) | |
| individual and official capacity, | ) | |
| STEVEN GATES, Deputy, in his | ) | |
| individual and official capacity, | ) | |
| RONALD CHERO, Captain of Security, | ) | |
| in his individual and official | ) | |
| capacity, MICHAEL TURNER, Security | ) | |
| Lieutenant, in his individual and | ) | |
| official capacity, JOANN CROSS, | ) | |
| Educational Guidance Counselor, | ) | |
| RAYMOND SOBINA, Superintendent of | ) | |
| SCI-Somerset, in his individual and | ) | |
| official capacity, GERALD ROZUM, | ) | |
| Deputy, in his individual and | ) | |
| official capacity, M. LARRY AMENTI, | ) | |
| Program Manager, in his individual | ) | |
| and official capacity, DANIEL | ) | |
| GEHLMAN, Major, in his individual | ) | |
| and official capacity, ROBERT | ) | |
| BITNER, Chief Hearing Examiner, in | ) | |
| his individual and official | ) | |
| capacity, BEN ANSELL, Hearing | ) | |
| Examiner, in his individual and | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights complaint was

received by the Clerk of Court on January 19, 2005, and was

referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 37), filed on January 18, 2006, recommended that the complaint be dismissed pursuant to the PLRA for failure to state a claim. Service was made on the Petitioner at **SCI Greene,    175 Progress Drive, Waynesburg, PA 15370,** and on counsel of record for the Defendants. The parties were informed that in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections.  On January 30, 2006, Plaintiff filed Objections to the magistrate judge's Report and Recommendation. (Doc. No. 38).  These objections have been found to be without merit. After review of the pleadings and the documents in the case, together with the Report and Recommendation and Petitioner's Objections, the following order is entered:

**AND NOW,** this _8th_ day of _March_, 2006;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and

Recommendation (Doc. No. 37), filed on January 18, 2006 by

Magistrate Judge Lenihan, is adopted as the opinion of the court.

_____
The Honorable Kim R. Gibson
United States District Court Judge


cc:   Lisa Pupo Lenihan
      UNITED STATES MAGISTRATE JUDGE

      Vincent Thomas
      AM-7061
      SCI Greene
      175 Progress Drive
      Waynesburg, PA 15370

      Christian D. Bareford
      Office of Attorney General
      Fifth Floor, Manor Complex
      564 Forbes Avenue
      Pittsburgh, PA 15219